will filed A copy. This Please - thank you.
I Am Unable to Pay for the copy's. I do not have
the funds on my Inmate Account.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 01 2019 ★

BROOKLYN OFFICE

Plaintiff → AS A Filed + LAWSUIT +

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ryan Jhagroo Pro se
17R1739, And All
Similarity Cases.
Plaintiff.

CV 19-2037

CHEN, J.

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

BULSARA, M.J.

[Insert full name of plaintiff/prisoner]

JURY DEMAND
YES ✓  NO ___

-against-

MR. Jorge Santos ESQ 18-B and Ronald D. Holie
Law Firm, 18-B for In Affective of Counsel Queen's criminal court
Tel (781) 263-4040
And Legal Aid For
Arraignment when my
case first began who screwd me.
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff __Ryan Jhagroo 17R1739__

If you are incarcerated, provide the name of the facility and address:

__Collins Correctional Facility. [P.O.]__
__[Box] 340__

Prisoner ID Number: __17R1739, Jhagroo, R__

1

If you are not incarcerated, provide your current address:

Collins C.F   P.O Box 340   Collins NY 14034-0340

Telephone Number: Unknown to inmate.

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Jorge Santos ESQ
Full Name

Lawyer 18-B
Job Title

1718-263 4040

Address

Defendant No. 2

John doe
Full Name

Legal Aid, Society
Job Title

120-46 Queens Boulevard Kew gardens, New York 11415
Address

Defendant No. 3

Full Name

Job Title

2

```
                                    _____
                                    Address

Defendant No. 4                     _____
                                    Full Name

                                    _____
                                    Job Title

                                    _____
                                    Address

Defendant No. 5                     _____
                                    Full Name

                                    _____
                                    Job Title

                                    _____
                                    Address
```

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Queen Supreme Court Ronald d. Hollie and criminal court K-3 M. Aloise, The Judge of they trial. Who Then Sentenced me.

When did the events happen? (include approximate time and date) K-3 June 6th 2017 I was sentenced to 3½ to 7 yrs in the NYS doccs. My lawyer never filed my appeal that is what they whole lawsuit. I about.

3

Facts: (what happened?) Facts Me and my Lawyer Never had A good Relationship to Begin with As A matter of Fact I told him At one of my hearing that I no Longer wanted him "Mr. Santos" to Represent me In my case I was wrongfully convicted for. In front of Judge, your honor. Ronald-d. Hollie who stated (The court) Well Thats something thats not practical at this point. We will proceed with this hearing. There's—Its Been Sent to the Part. Its—each counsel Is here. Each Is Aware of what the Issues In this hearing Are. I see No Reason why we can't proceed. After my Lawyer state MR Santos Stated—I tried to—speaking to him Judge he Indicated to me Briefly while he was In the Back that he wanted to—A new Lawyer fact of the matter Is My Lawyer Never filed my Appeal After he said he would that Is why I Am suing he said he would and never did. I Had to do It my Appeal myself And I Have A copy. If they court Need that evidence.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Emotionalley, sad, depressed, hopes down and uncared for. Stress trauma and alot of Anxiety due to my Appeal not Beeing put In By my Lawyer Mr Santos my 18-B Lawyer who Made Me do my Appeal myself after he said he would make sure he file my Appeal which he never did.

he should of filed my appeal this shows he was a lawyer that should of never been my lawyer in the first place he is irresposeble.

III. Relief: State what relief you are seeking if you prevail on your complaint.

I am seeking compensation or I want case through out or a reversal for in affective counsel.

I declare under penalty of perjury that on 25 March, I delivered this complaint to prison authorities at Collin's Correctuna to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-25-19

Ryan Jhagroo
Signature of Plaintiff

Collins Correctional Facility
Name of Prison Facility or Address if not incarcerated

P.O Box 34 Collins, NY, 14034-0340
Address

17R1739 Jhagroo, Ryan
Prisoner ID#

rev. 12/1/2015

5

FROM: Ryon Jhagroo 17R1734

TO: United States district court Eastern district of new york.

SUBJECT Civil Rights complaint 42 U.S.C §1983 Lawsuit "In Affective of counsel

I am suing my 18-B Lawyer Mr Santos for not filing my appeal after we had agreed if After I lost a Jury Trial he would file my appeal which he never did. I feel as if I was used as a pawn because he would force me to go to trial and also I heard him talking to they d.A when I walked out on my trial date about of He's not wont to win I got more serious things to worrying about when he saw me he acted like nothing happened. also I know I entitled to compensation due to they fact he should of been fired at my hearing in front of Ronald-d. Hollie but was not also I am suing the Judge and the court's for allowing this too happen also I would like a Jury trial and also I need a copy of all documents send to you on Behalf I do not have the funds at they moment to make copy.s. also I would like to know an update as soon as possible please on this lawsuit on Behalf I have my own appeal going on with the Appellate Advocates 111 John Street. 9th floor NY NY 100 38

My Lawyer is Mr Jonathan Schneer Wong (212) 693 0085 · X 707 · Ryon Plaintiff sig

**COLLINS CORRECTIONAL FACILITY**
P.O. BOX 340
COLLINS, NEW YORK 14034-0340

NAME: Ryan Jhagrus    DIN: 17R1139

NEOPOST
03/27/2019
US POSTAGE $00
ZIP 14034
041M11286069

"Confidential"
"Mail"

TO: The Clerks office
United States district
Court for The Eastern
district of New York
225 Cadman Plaza East
Brooklyn NY 11201
Pro-se-office